## 1785—1786.

---

### DUNSTABLE.

*The qualification of a member, as to residence, may be inquired into on motion.*

ON a motion, that the qualifications of John Pitts, Esq., returned a member from the town of Dunstable, should be inquired into as to residence, Mr. Pitts being heard on the subject, it was made a question, whether the reasons offered by him, relative to his holding his seat, were satisfactory to the house, and the question being put, it passed in the affirmative.[1]